IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHRIST APOSTOLIC TEMPLE, INC., DWIGHT REED, and JORDAN REED,<br><br>　　Plaintiffs,<br><br>vs.<br><br>DEMETRIUS SINEGAL, THE KINGDOM CHURCH, and SAFEHOUSE #UNMUZZLED,<br><br>　　Defendants. | No.  4:22-cv-00303-JEG-HCA<br><br>**MOTION TO WITHDDRAW AND FOR EXTENSION OF TIME TO FILE AN ANSWER** |

　　COMES NOW, Amanda T. Adams, on behalf of Demetrius Sinegal, The Kingdom Church, and Safehouse #Unmuzzled, and in support of this Motion to Withdraw, states as follows:

1. Amanda T. Adams is no longer employed by O'Flaherty Law, P.C.

2. Amanda T. Adams has not heard from The Kingdom Church or Safehouse #Ummuzzled, but she spoke to the Most Reverend Bishop Demetrius Sinegal earlier this week, who indicated he wanted to continue with O'Flaherty Law P.C., or explore alternatives for a different attorney.

3. The contract for representation is with O'Flaherty Law P.C., and the clients have not informed Ms. Adams they wish for her to continue as their attorney after she emailed a deadline of Thursday, September 23, 2022, which Ms. Adams takes to be an affirmative statement they wish to seek new counsel.

4. Ms. Adams has informed Bishop Demetrius Sinegal that there is a deadline to file a more complete jurisdictional statement on September 28, 2022, but he has not communicated with her to provide more detailed information on the organizations'

   non profit and corporate status.

5. O'Flaherty Law P.C. is refusing to assign new counsel to the Defendants or file an answer on their behalf.

6. The communications from and with the Defendants imply they do not want Attorney Adams to continue representing them. Notwithstanding, given the looming deadlines, Attorney Adams is willing, at no cost, to communicate with the Defendants to file a more detailed jurisdictional statement before September 28, 2022, but the Defendants have not reached out to Attorney Adams to be able to provide the jurisdictional information needed.

7. As a matter of courtesy to her clients, Attorney Adams requests an extension of time to file an Answer and a jurisdictional statement, as they presumably look for new counsel, and an additional 30 days.

WHEREFORE, the Movant, Amanda T. Adams, respectfully requests that this Honorable Court grant all or some of the following remedies:

   A. Grant her leave to withdraw on behalf of the Defendants;

   B. Grant the Defendants fourteen days to find new counsel or enter their appearances;

   C. Grant the Defendants an additional thirty days to file new documents.

                                             Respectfully submitted,

                                             /s/ Amanda T. Adams

Amanda T. Adams
A.T. 0009902
O'Flaherty Law P.C.
502 N 17TH St.
Indianola, Iowa 50125
Ph. 515 808 0295
amandaadamsjd@gmail.com