# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CHRIST APOSTOLIC TEMPLE, Inc., DWIGHT REED and JORDAN REED | )<br>)<br>) |
| Plaintiffs, | ) No. 4:22-cv-00303<br>) |
| vs. | ) **BRIEF IN SUPPORT OF**<br>) **MOTION TO REMAND** |
| DEMETRIUS SINEGAL,<br>THE KINGDOM CHURCH, and<br>SAFEHOUSE #UNMUZZLED | ) **AND RETURN TO STATE**<br>) **COURT**<br>)<br>) |
| Defendants | ) |

## INTRODUCTION

The underlying suit in this matter argues Defendants are liable under differing legal theories for actions they took on or before mid- April 2022. Defendants have attempted to Remove this case from state court on the basis of diversity jurisdiction. Based on the indeterminate citizenship of some of the Defendants, the Court provided Defendants until October 28, 2022, to meet their burden of proof regarding diversity of citizenship. The Defendants have failed to do so and, therefore, this matter should be returned to state court.

## LEGAL STANDARD

The federal courts are courts of limited jurisdiction. Hart v. United States, 630 F.3d 1085, 1089 (8th Cir. 2011). Defendants bear the burden of establishing a basis for federal jurisdiction. See In re Prempro Prod. Liab. Litig., 591 F.3d 613, 620 (8th Cir. 2010). Where a defendant is an unincorporated entity, the citizenship of the entity depends on the identity and citizenship of the members. See Americold Realty Tr. v. Conagra Foods, Inc., 577 U.S. 378, 379 (2016).

**ARGUMENT**

The Defendants filings are insufficient to meet their burden of proof on the issue of diversity of citizenship.  One need look no further than the Defendants' Supplemental Jurisdictional Statement as it relates to Defendant Safehouse #Unmuzzled.  Specifically, Exhibit D of said filing makes clear that Safehouse #Unmuzzeled was an unincorporated entity at the time of the events in the underlying lawsuit and at the time of filing the underlying lawsuit.  Specifically, Exhibit D to the Supplemental Jurisdictional Statement shows that Safehouse #Unmuzzled was not incorporated until September 12, 2022.  As such, during the operative time period and at the time of suit, Safehouse #Unmuzzled operated as an unincorporated entity and its citizenship should be determined based on the identity and citizenship of its members.  <u>Americold</u>.  Defendants failed to file anything with the court regarding the citizenship of the Safehouse #Unmuzzled members and, as such, they have failed to meet the minimal burden required and this case should be remanded.

Plaintiffs lack sufficient knowledge regarding every member of Safehouse #Unmuzzeled but an incomplete of members filed by Defendants on social media prior to incorporation shows members included Iowans.  (See attached member listing taken from Defendants' social media disclosing Elder Kenneth D. Cameron of Des Moines, IA as a member).

For the foregoing reasons, this Court should determine that Defendants have failed to establish a basis for diversity jurisdiction and remand this matter to State court.

Respectfully submitted: QUILTY LAW FIRM

*/s/Jim Quilty*
Jim Quilty          AT0006455
699 Walnut Avenue
Des Moines, IA  50309
(515) 661-6338
(515)724-5801 (fax)
quiltylawfirm@gmail.com
**ATTORNEY FOR THE PLAINTIFFS**

Original: filed

| CERTIFICATE OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____11/28_____, 2022. |
| B   __ U.S. Mail           __ Fax |
|      __ Hand Delivered     __ Overnight Courier |
|      __ Federal Express   _x_ Other: CM/ECF |
| Signature_____*/s/Jim Quilty*_____ |