

UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

January 3, 2023

Polk County Clerk of Court
Civil Division
500 Mulberry Street, Unit 116
Des Moines, Iowa 50309

Dear Clerk:

Re: Remand of our Civil Case No. 4-22-cv-303
    Christ Apostolic Temple, Inc., et al v. Sinegal et al
    Polk County Case No. LACL152830

Enclosed is the above-captioned court file per order remanding the case back to the Iowa District Court for Polk County. Also enclosed is a copy of the docket sheet.

By a copy of this letter to parties of record, we are informing them that all future pleadings and correspondence should be sent to your court regarding Christ Apostolic Temple, Inc., et al v. Sinegal et al

Thank you for your attention to this matter. If you have questions, please do not hesitate to contact us at 515-284-6248 or at the address listed above.

Sincerely,

/s/ Britt German
Case Manager

Enclosures